UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Angelberto Contreras and Mayra Rodriguez,

        Plaintiffs,

v.                                                    Civil No. 13-894 (JNE/JJK)
                                                    ORDER

Federal Home Loan Mortgage Corporation,
Mortgage Electronic Registration System, Inc.,
and MERSCORP Holdings, Inc.,

        Defendants.

---

In this action, the Plaintiffs seek to invalidate the foreclosure of the mortgage on their home. The Defendants moved to dismiss the Amended Complaint for failure to state a claim on which relief can be granted. ECF No. 10. The matter was referred to Magistrate Judge Jeffrey J. Keyes, who issued a Report and Recommendation recommending that the motion be granted and the case be dismissed with prejudice. ECF No. 23. No objections were filed.

The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation.

THEREFORE, IT IS ORDERED THAT:

1. Defendants' Motion to Dismiss [ECF No. 10] is GRANTED.

2. This case is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 11, 2014                                  s/Joan N. Ericksen
                                                                                         The Honorable Joan N. Ericksen
                                                                                         United States District Judge